FILED
8/11/16 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Tammy L. Astemborski
Case Number: 13-10671                                   Chapter: 13
Date / Time / Room: August 9, 2016 at 3:00 P.M., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*        #71 - Amended Plan Dated 6/15/16 (FC)

### *Appearances:*

Debtor:     Fryling

Trustee:    Winnecour / Bedford / Katz / Pail

Creditor:

*[handwritten note: Debtor to do new Amended Plan - removal of Credit Acceptance & insertion of NE weld was error.]*

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 8/31/16
         Objections are due on or before 9/16/16.
         A hearing on the Amended Plan is set for Oct 4, 2016 at 3:30 pm
9. _____ Other: