**Form 235**

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF PENNSYLVANIA

81 − 79, 80  
vson

In re:  :  Bankruptcy Case No.: 13−10671−TPA  
       :  
       :  Chapter: 13  
       :  Issued per the October 4, 2016 Proceeding

**Tammy L. Astemborski**  
**aka Tammy Parke**  
     Debtor(s)

## ORDER OF COURT CONFIRMING PLAN AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)* **PLAN CONFIRMATION:**

IT IS HEREBY ORDERED that the Plan dated August 11, 2016 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)* **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: October 11, 2016
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-10671-TPA
Tammy L. Astemborski                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 2              Date Rcvd: Oct 11, 2016
                              Form ID: 235            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2016.
```
db            +Tammy L. Astemborski,    2622 East 43rd Street,    Erie, PA 16510-3966
aty           +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                Pittsburgh, PA 15219-2719
cr            +Erie Community Credit Union,    2165 West 21st Street,    Erie, PA 16502-1942
13644259       ACL,    PO Box 71312,    Philadelphia, PA 19176-1312
13728701      +Andrew F. Gornall, Esquire,    KML Law Group PC,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13644260      +Andrew Schmidt, Esq.,    Marsh Law Firm,    300 State Street, Suite 300,    Erie, PA 16507-1430
13644262     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110)
13644263      +Barclay's Bank,    700 Prides Xing,    Newark, DE 19713-6102
13644264       C. Tech Collections Inc,    PO Box 402,    Mount Sinai, NY 11766-0402
13644265       Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13644267      +Chest Disesases of NW Pa,    3580 Peach Street,    Erie, PA 16508-2787
13644268       Comenity Bank/Fashion Bug,    PO Box 182272,    Jamestown, NY 14701
13644270      +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
13644271      +Credit Acceptance Corp,    25505 W 12 Mile Rd,    Southfield, MI 48034-8316
13719828      +Erie Community Credit Union,    Stephanie N. Burick, Paralegal,
                MacDonald Illig Jones & Britton LLP,    100 State Street, Suite 700,    Erie, PA 16507-1459
13718977      +Erie Community Credit Union,    c/o Brian C. Palotas, Collection Manager,
                2165 West 21st Street,    Erie, PA 16502-1942
13644272       Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
13644274       GE Services LImited Partnershp,    Po Box 2667,    Houston, TX 77252-2667
13644275      +Hamot Surgery Center LLC,    200 State Street,    Erie, PA 16507-1499
13728166     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                P.O. Box 630267,    Irving, Texas 75063)
13661952      +Northwest Savings Bank,    c/of Kurt L. Sundberg, Esquire,    300 State Street, Suite 300,
                Erie, PA 16507-1430
13644279       Orthopaedic & Sports Medicine of Erie,    100 Peach Street, Suite 400,    Erie, PA 16507-1423
13644280      +Penn Credit/Hamot,    PO Box 988,    Harrisburg, PA 17108-0988
13644282       Revenue Collect,    PO Box 2103,    Mechanicsburg, PA 17055-2103
13719829      +Susan Fuhrer Reiter, Esquire,    100 State Street, Suite 700,    Erie, PA 16507-1459
13644283       UPMC HAMOT,    PO Box 382059,    Pittsburgh, PA 15250-8059
13644284      +Wells Fargo Financial Cards,    3201 North 4th Avenue,    Sioux Falls, SD 57104-0700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13644261      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 12 2016 02:11:23     Asset Acceptance,
                PO Box 1630,    Warren, MI 48090-1630
13660366      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 12 2016 02:11:23     Asset Acceptance LLC,
                Po Box 2036,    Warren MI 48090-2036
13644266      +E-mail/Text: matthartweg@cbjcredit.com Oct 12 2016 02:11:56      CBJ Credit Recovery,
                117 W 4th Street,    Jamestown, NY 14701-5005
13674602      +E-mail/Text: bncmail@w-legal.com Oct 12 2016 02:11:35      CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13644273       E-mail/Text: kthomas@eriefcu.org Oct 12 2016 02:11:10      Erie Federal Credit Union,
                1109 E 38th Street,    Erie, PA 16504-1845
13644276       E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2016 02:07:58      HH Gregg/GECRB,
                Ge Capital Retail Bank,    PO Box 960061,    Orlando, FL 32896-0061
13644277      +E-mail/Text: egssupportservices@egscorp.com Oct 12 2016 02:11:35      NCO Credit Services,
                507 Prudential Road,    Horsham, PA 19044-2308
13816294      +E-mail/Text: bncmail@w-legal.com Oct 12 2016 02:11:43      Oak Harbor Capital VII, LLC,
                c/o Weinstein, Pinson, & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13644281      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2016 02:08:03
                Portfolio Recovery Associates,    120 Corporagte Boulevarfd Suite 100,    Norfolk, VA 23502-4952
                                                                                               TOTAL: 9
```
```
              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Nationstar Mortgage LLC
13644278       Northwest Savings Bank
13644285       Wells Fargo Financial National Bank
cr*           +Oak Harbor Capital VII, LLC,    c/o Weinstein, Pinson, & Riley, PS,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13644269     ##+Commercial Acceptance Co,    2 W Main St,    Camp Hill, PA 17011-6326
                                                                                 TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: vson                  Page 2 of 2                  Date Rcvd: Oct 11, 2016
                               Form ID: 235                Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2016 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tina M. Fryling    on behalf of Debtor Tammy L. Astemborski tinafryling@gmail.com,
               tfryling@mercyhurst.edu
                                                                                             TOTAL: 5
```