**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/24/2017

IN RE:

TAMMY L. ASTEMBORSKI
2622 EAST 43RD STREET
ERIE, PA 16510
XXX-XX-1328        Debtor(s)

Case No.13-10671 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/24/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/PL-NTC*B OF A/PL*BGN 6/13 | | CRED DESC: MORTGAGE REGULAR PAYME[NT]<br>ACCOUNT NO.: 9921 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 2    INT %: 7.00%<br>Court Claim Number: 1<br>CLAIM: 9,050.26<br>COMMENT: 9409@7%MDF/PL*DK | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1221 |
| **ACL LABS**<br>1526 PEACH ST<br>ERIE, PA 16501-2104 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7460 |
| **ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK**<br>PO BOX 2036<br>WARREN, MI 48090 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 6,643.39<br>COMMENT: 2299/SCH*SEARS/CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8703 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4687 |
| **C TECH COLLECTIONS**<br>POB 402<br>MOUNT SINAI, NY 11766 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1040 |
| **OAK HARBOR CAPITAL VII LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 4,284.28<br>COMMENT: BARCLAYS/PRINCESS REWARDS*FR CERASTES-DOC 45 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5386 |
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY 14702-1132 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MEDICOR ASSOC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5984 |
| **CHEST DISEASE OF NORTHWESTERN**<br>3580 PEACH ST STE 103A<br>ERIE, PA 16508 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FASHION BUG/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5984 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **COMMERCIAL ACCEPTANCE++**<br>2 W MAIN ST<br><br>SHIREMANSTOWN, PA 17011 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OB GYN ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3238 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3569 |
| **ERIE COMMUNITY CREDIT UNION**<br>2165 W 21ST ST<br><br>ERIE, PA 16502 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,464.43<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7004 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>1109 E 38TH ST<br><br>ERIE, PA 16504-1898 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7010 |
| **GC SERVICES CORP.**<br>P.O. BOX 2667<br><br>HOUSTON, TX 77252 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8703 |
| **HAMOT SURGERY CNTR**<br>200 STATE ST<br><br>ERIE, PA 16507-1420 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1828 |
| **GEMB/HH GREGG++**<br>POB 103106<br><br>ROSWELL, GA 30076 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NORTHWEST SAVINGS BANK****<br>COLLECTIONS DEPT*<br>POB 337*<br>WARREN, PA 16365 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 8,562.90<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5476 |
| **ORTHOPAEDIC AND SPORTS MEDICINE OF ERIE**<br>100 PEACH ST STE 400<br><br>ERIE, PA 16507 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TRAVIS PARKE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PENN CREDIT CORP**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HAMOT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4259 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **REVENUE COLLECT** POB 2103  MECHANICSBURG, PA 17055 | Trustee Claim Number:21 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: HIGHMARK BLUE SHIELD/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2497 |
| **UPMC(*)** C/O POWELL ROGERS & SPEAKS POB 930* HALIFAX, PA 17032 | Trustee Claim Number:22 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: HAMOT~NCO FNCL/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ? |
| **WF FINANCE** 3201 N 4TH AVE  SIOUX FALLS, SD 57104 | Trustee Claim Number:23 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4368 |
| **WF FINANCE** 3201 N 4TH AVE  SIOUX FALLS, SD 57104 | Trustee Claim Number:24 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NO ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ? |
| **ERIE FEDERAL CREDIT UNION(*)** 1109 E 38TH ST  ERIE, PA 16504-1898 | Trustee Claim Number:25 INT %: 0.00% Court Claim Number:2-2 | CLAIM: 2,281.60 COMMENT: ACCT NT/SCH*AMD*DK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5270 |
| **NATIONSTAR MORTGAGE LLC(*)** PO BOX 619094  DALLAS, TX 75261-9741 | Trustee Claim Number:27 INT %: 0.00% Court Claim Number:7 | CLAIM: 1,781.86 COMMENT: $/CL-PL@BOA/PL*THRU 5/13 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 9921 |

Case 13-10671-TPA    Doc 88    Filed 05/24/17    Entered 05/24/17 15:30:11    Desc
Page 5 of 5