**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/16/18 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　TAMMY L. ASTEMBORSKI<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>TAMMY L. ASTEMBORSKI<br><br>　　　Respondents | Case No.13-10671TPA<br><br>Chapter 13<br><br>Document No. 90 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __16th__ day of __May__, 20__18__ it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Erie Indemnity Co
　　　　Attn: Payroll Manager
　　　　100 Erie Insurance Pl
　　　　Erie, PA 16530-

is hereby ordered to immediately terminate the attachment of the wages of TAMMY L. ASTEMBORSKI, social security number XXX-XX-1328. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TAMMY L. ASTEMBORSKI.

BY THE COURT:

_____
　　　　　　　　　　　　　　　　　　　ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-10671-TPA
Tammy L. Astemborski                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: bsil              Page 1 of 1          Date Rcvd: May 16, 2018
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db          +Tammy L. Astemborski,   2622 East 43rd Street,   Erie, PA 16510-3966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
     Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
     Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
     James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Tina M. Fryling    on behalf of Debtor Tammy L. Astemborski tinafryling@gmail.com, tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                        TOTAL: 6