Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Tammy L. Astemborski** | Case No. 13−10671−TPA |
| **aka Tammy Parke** | Chapter: 13 |
| *Debtor(s)* | |
| | |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| | Related to Document No. 94 |
| v. | |
| **No Respondents** | Hearing Date: 8/16/18 at 12:00 PM |
| *Respondent(s).* | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 26th of June, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 94 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)   **On or before August 7, 2018**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)   This *Motion* is scheduled for hearing on **August 16, 2018 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-10671-TPA
Tammy L. Astemborski                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 2              Date Rcvd: Jun 26, 2018
                              Form ID: 300b           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
```
db             +Tammy L. Astemborski,    2622 East 43rd Street,    Erie, PA 16510-3966
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +Erie Community Credit Union,    2165 West 21st Street,    Erie, PA 16502-1942
13644259        ACL,   PO Box 71312,   Philadelphia, PA 19176-1312
13728701       +Andrew F. Gornall, Esquire,    KML Law Group PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13644260       +Andrew Schmidt, Esq.,    Marsh Law Firm,    300 State Street, Suite 300,    Erie, PA 16507-1430
13644262      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410-8110)
13644263       +Barclay's Bank,    700 Prides Xing,   Newark, DE 19713-6102
13644264        C. Tech Collections Inc,    PO Box 402,   Mount Sinai, NY 11766-0402
13644265        Card Services,    PO Box 13337,   Philadelphia, PA 19101-3337
13644267       +Chest Disesases of NW Pa,    3580 Peach Street,    Erie, PA 16508-2776
13644268        Comenity Bank/Fashion Bug,    PO Box 182272,    Jamestown, NY 14701
13644270       +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
13644271       +Credit Acceptance Corp,    25505 W 12 Mile Rd,    Southfield, MI 48034-8316
13644272        Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
13718977       +Erie Community Credit Union,    c/o Brian C. Palotas, Collection Manager,
                 2165 West 21st Street,    Erie, PA 16502-1942
13719828       +Erie Community Credit Union,    Stephanie N. Burick, Paralegal,
                 MacDonald Illig Jones & Britton LLP,    100 State Street, Suite 700,    Erie, PA 16507-1459
13644274        GE Services LImited Partnershp,    Po Box 2667,    Houston, TX 77252-2667
13644275       +Hamot Surgery Center LLC,    200 State Street,    Erie, PA 16507-1499
13728166      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     Attn: Bankruptcy Department,
                 P.O. Box 630267,    Irving, Texas 75063)
13661952       +Northwest Savings Bank,    c/of Kurt L. Sundberg, Esquire,    300 State Street, Suite 300,
                 Erie, PA 16507-1430
13644279        Orthopaedic & Sports Medicine of Erie,    100 Peach Street, Suite 400,    Erie, PA 16507-1423
13644280       +Penn Credit/Hamot,    PO Box 988,   Harrisburg, PA 17108-0988
13644282        Revenue Collect,    PO Box 2103,   Mechanicsburg, PA 17055-2103
13719829       +Susan Fuhrer Reiter, Esquire,    100 State Street, Suite 700,    Erie, PA 16507-1459
13644283        UPMC HAMOT,    PO Box 382059,   Pittsburgh, PA 15250-8059
13644284       +Wells Fargo Financial Cards,    3201 North 4th Avenue,    Sioux Falls, SD 57104-0700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13644261       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 27 2018 02:27:45      Asset Acceptance,
                 PO Box 1630,    Warren, MI 48090-1630
13660366       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 27 2018 02:27:45      Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13644266       +E-mail/Text: matthartweg@cbjcredit.com Jun 27 2018 02:28:32      CBJ Credit Recovery,
                 117 W 4th Street,    Jamestown, NY 14701-5005
13674602       +E-mail/Text: bncmail@w-legal.com Jun 27 2018 02:28:01      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13644273        E-mail/Text: kthomas@eriefcu.org Jun 27 2018 02:27:27      Erie Federal Credit Union,
                 1109 E 38th Street,    Erie, PA 16504-1845
13644276        E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 02:23:08      HH Gregg/GECRB,
                 Ge Capital Retail Bank,    PO Box 960061,   Orlando, FL 32896-0061
13644277       +E-mail/Text: egssupportservices@alorica.com Jun 27 2018 02:28:02      NCO Credit Services,
                 507 Prudential Road,    Horsham, PA 19044-2308
13816294       +E-mail/Text: bncmail@w-legal.com Jun 27 2018 02:28:14      Oak Harbor Capital VII, LLC,
                 c/o Weinstein, Pinson, & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13644281        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2018 02:24:15
                 Portfolio Recovery Associates,    120 Corporagte Boulevarfd Suite 100,    Norfolk, VA 23502
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Nationstar Mortgage LLC
13644278        Northwest Savings Bank
13644285        Wells Fargo Financial National Bank
cr*            +Oak Harbor Capital VII, LLC,    c/o Weinstein, Pinson, & Riley, PS,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13644269      ##+Commercial Acceptance Co,    2 W Main St,   Camp Hill, PA 17011-6326
                                                                                 TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: lmar              Page 2 of 2              Date Rcvd: Jun 26, 2018
                               Form ID: 300b           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
          James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Tina M. Fryling    on behalf of Debtor Tammy L. Astemborski tinafryling@gmail.com,
           tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                             TOTAL: 6
```