**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/4/18 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
TAMMY L. ASTEMBORSKI

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:13-10671 TPA

Chapter 13

Document No.:    94

## ORDER OF COURT

AND NOW, this ___4th___ day of ___October___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-10671-TPA
Tammy L. Astemborski                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: pdf900         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
```
db           +Tammy L. Astemborski,    2622 East 43rd Street,    Erie, PA 16510-3966
aty          +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
               Pittsburgh, PA 15219-2719
cr           +Erie Community Credit Union,    2165 West 21st Street,    Erie, PA 16502-1942
13644259      ACL,   PO Box 71312,    Philadelphia, PA 19176-1312
13728701     +Andrew F. Gornall, Esquire,    KML Law Group PC,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13644260     +Andrew Schmidt, Esq.,    Marsh Law Firm,   300 State Street, Suite 300,    Erie, PA 16507-1430
13644262    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110)
13644263     +Barclay's Bank,    700 Prides Xing,    Newark, DE 19713-6102
13644264      C. Tech Collections Inc,    PO Box 402,    Mount Sinai, NY 11766-0402
13644265      Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13644267     +Chest Disesases of NW Pa,    3580 Peach Street,    Erie, PA 16508-2776
13644268      Comenity Bank/Fashion Bug,    PO Box 182272,    Jamestown, NY 14701
13644270     +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
13644271     +Credit Acceptance Corp,    25505 W 12 Mile Rd,    Southfield, MI 48034-8316
13644272      Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
13718977     +Erie Community Credit Union,    c/o Brian C. Palotas, Collection Manager,
               2165 West 21st Street,    Erie, PA 16502-1942
13719828     +Erie Community Credit Union,    Stephanie N. Burick, Paralegal,
               MacDonald Illig Jones & Britton LLP,    100 State Street, Suite 700,    Erie, PA 16507-1459
13644274      GE Services LImited Partnershp,    Po Box 2667,    Houston, TX 77252-2667
13644275     +Hamot Surgery Center LLC,    200 State Street,    Erie, PA 16507-1499
13728166    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
               P.O. Box 630267,    Irving, Texas 75063)
13661952     +Northwest Savings Bank,    c/of Kurt L. Sundberg, Esquire,    300 State Street, Suite 300,
               Erie, PA 16507-1430
13644279      Orthopaedic & Sports Medicine of Erie,    100 Peach Street, Suite 400,    Erie, PA 16507-1423
13644280     +Penn Credit/Hamot,    PO Box 988,    Harrisburg, PA 17108-0988
13644282      Revenue Collect,    PO Box 2103,    Mechanicsburg, PA 17055-2103
13719829     +Susan Fuhrer Reiter, Esquire,    100 State Street, Suite 700,    Erie, PA 16507-1459
13644283      UPMC HAMOT,    PO Box 382059,    Pittsburgh, PA 15250-8059
13644284     +Wells Fargo Financial Cards,    3201 North 4th Avenue,    Sioux Falls, SD 57104-0700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13644261     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 05 2018 01:55:59      Asset Acceptance,
               PO Box 1630,    Warren, MI 48090-1630
13660366     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 05 2018 01:55:59      Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
13644266     +E-mail/Text: matthartweg@cbjcredit.com Oct 05 2018 01:56:41      CBJ Credit Recovery,
               117 W 4th Street,    Jamestown, NY 14701-5005
13674602     +E-mail/Text: bncmail@w-legal.com Oct 05 2018 01:56:13      CERASTES, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13644273      E-mail/Text: kthomas@eriefcu.org Oct 05 2018 01:55:42      Erie Federal Credit Union,
               1109 E 38th Street,    Erie, PA 16504-1845
13644276      E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2018 02:12:08      HH Gregg/GECRB,
               Ge Capital Retail Bank,    PO Box 960061,    Orlando, FL 32896-0061
13644277     +E-mail/Text: egssupportservices@alorica.com Oct 05 2018 01:56:14      NCO Credit Services,
               507 Prudential Road,    Horsham, PA 19044-2308
13816294     +E-mail/Text: bncmail@w-legal.com Oct 05 2018 01:56:23      Oak Harbor Capital VII, LLC,
               c/o Weinstein, Pinson, & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13644281      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2018 02:11:40
               Portfolio Recovery Associates,    120 Corporagte Boulevarfd Suite 100,    Norfolk, VA 23502
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr            BANK OF AMERICA, N.A.
cr            Nationstar Mortgage LLC
13644278      Northwest Savings Bank
13644285      Wells Fargo Financial National Bank
cr*          +Oak Harbor Capital VII, LLC,    c/o Weinstein, Pinson, & Riley, PS,
               2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13644269    ##+Commercial Acceptance Co,    2 W Main St,    Camp Hill, PA 17011-6326
                                                                                  TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: bsil              Page 2 of 2             Date Rcvd: Oct 04, 2018
                              Form ID: pdf900         Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Tina M. Fryling    on behalf of Debtor Tammy L. Astemborski tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                             TOTAL: 6
```